# JUVENILE COURT PROCEDURAL RULES COMMITTEE
# FINAL REPORT[1]

## Amendment of Pa.R.J.C.P. 127 & 1127

On August 3, 2020, the Supreme Court amended Rules of Juvenile Court Procedure 127 and 1127, concerning transcript requests and the correction or modification of transcripts and records, effective October 1, 2020.

On August 12, 2016, the Court amended the Uniform Rules Governing Court Reporting and Transcripts to bring them to their current form in Pa.R.J.A. No. 4001-4016.  One aspect of those rules is that requests for full or partial transcripts may now be made using a form submitted to the district court administrator.  *See* Pa.R.J.A. No. 4007(B).  The Pennsylvania Rules of Juvenile Court Procedure contain provisions for requesting transcripts by motion of a party.  *See* Pa.R.J.C.P. 127(B) & 1127(B).  With Pa.R.J.A. No. 4007(B), motion practice to obtain a transcript is no longer necessary.

Paragraph (C), in both Pa.R.J.C.P. 127 and 1127, permitted correction or modification of the record prior to appeal, as provided by Pa.R.A.P. 1926.  Effective October 1, 2019, Pa.R.A.P. 1922(c) was amended to allow the court and the parties to correct or supplement the transcript after an appeal has been taken.  Accordingly, Pa.R.J.C.P. 127(C) and 1127(C) have been amended to permit correction of transcripts pursuant to Pa.R.A.P. 1922(c), together with permitted correction or modification of the record pursuant to Pa.R.A.P. 1926, prior to appeal.  Additional revisions have also been incorporated to add consistency and improve the readability of the rules.

---

[1] The Committee's Final Report should not be confused with the official Committee Comments to the rules.  Also note that the Supreme Court does not adopt the Committee's Comments or the contents of the Committee's explanatory Final Reports.